Paul Arons, Cal. State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
(360) 378-6496

O. Randolph Bragg, ILL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Peter Caron, Cal. State Bar #157364
2030 Divisadero Street, Suite 3
San Francisco, CA 94115
(415) 929-0637
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA DEFENBAUGH, et al. | Civ. No. 03-0651 JCS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTIONS FOR FURTHER DISCOVERY AND FOR SANCTIONS (proposed) |
| vs. | |
| JBC & ASSOCIATES, P.C., et al. | |
| Defendants. | Date: September 15, 2006<br>Time: 9:30 a.m.<br>Courtroom A |

///

///

**STIPULATION AND ORDER CONTINUING HEARINGS: Page 1**

Pursuant to defendants' request, the parties agree that the hearing on Plaintiff's Motion to Compel Further Discovery, and Plaintiff's Motion for Sanctions, shall be continued from September 15, 2006 to September 22, 2006, at the same time and place. Defendants' opposition to these motions shall be filed and served on or before August 31, 2006.

So Stipulated.

DATED: August 24, 2006           LAW OFFICES OF PAUL ARONS

                                              By s/Paul Arons
                                                 Paul Arons
                                                 Attorneys for Plaintiff
                                                 MIRANDA DEFENBAUGH

Dated:                           MURPHY, PEARSON, BRADLEY & FEENEY

                                                 _____
                                                 June D. Coleman
                                                 Attorneys for Defendants
                                                 JBC & Associates, P.C., a/k/a JBC Legal Group, P.C. and Jack Boyajian

**IT IS SO ORDERED.**

Dated: Aug. 25, 2006

                                                 Magistrate Judge Joseph C. Spero
                                                 United States District Court