Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Peter Caron, Cal. State Bar #157364
2030 Divisadero Street, Suite 3
San Francisco, CA 94115
(415) 929-0637

Attorneys for Plaintiff
Miranda Defenbaugh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA DEFENBAUGH, et al. | Civ. No. 03-0651 JCS |
| Plaintiff, | PLAINTIFF'S MOTION ENLARGING TIME TO ALLOW LATE FILING OF REPLY PLEADINGS RE: MOTION TO COMPEL FURTHER DISCOVERY AND MOTION FOR SANCTIONS |
| vs. | |
| JBC & ASSOCIATES, P.C., et al. | |
| Defendants. | Date: September 22, 2006<br>Time: 9:30 a.m.<br>Courtroom A |

Pursuant to N.D. Local Rule 6-3, plaintiff Miranda Defenbaugh moves for an order enlarging time so that the reply memoranda and declaration she filed on Monday, September 11, 2006, in connection with her Motion to Compel Further Discovery, and Motion for Sanctions shall be deemed timely filed.

**MOT. ENLARGING TIME FOR FILING REPLY PLEADINGS: Page 1**

Pursuant to local rules, the reply pleadings were due on September 8, 2006. Due to the press of other business, including traveling to, and taking, a two day deposition in Orange County, California, between September 6, 2006 and September 9, 2006, ,t was impossible for plaintiff's counsel to complete and file these pleadings by the original due date. These reply pleadings were filed, however, the next court day, September 11, 2006. There is no prejudice to any party, since no response to the reply pleadings is due or allowed prior to the hearing of these motions. Plaintiff will be prejudiced if her reply pleadings are not considered on account of their late filing. In connection with this motion, plaintiff previously stipulated to continue the hearing of the motion at defendant's request, with defendants' opposition pleadings to be served on August 31, 2006. Granting this motion will not have any effect on any scheduled matters in this action.

Dated: September 11, 2006                LAW OFFICE OF PAUL ARONS

                                                     s/Paul Arons
                                                     Attorneys for Plaintiff
                                                     MIRANDA DEFENBAUGH

The court hereby grants plaintiff's motion, and her reply pleading filed on September 11, 2006 shall be deemed timely filed.

**IT IS SO ORDERED.**



_____            Sept. 12, 2006
**HON.**                             **Date**

**MOT. ENLARGING TIME FOR FILING REPLY PLEADINGS: Page 2**