Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Peter Caron, Cal. State Bar #157364
2030 Divisadero Street, Suite 3
San Francisco, CA 94115
(415) 929-0637

Attorneys for Plaintiff
Miranda Defenbaugh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA DEFENBAUGH, et al. | Civ. No. 03-0651 JCS |
| Plaintiff, | REQUEST FOR APPEARANCE BY TELEPHONE |
| vs. | |
| JBC & ASSOCIATES, P.C., et al. | Date: September 22, 2006<br>Time: 9:30 a.m.<br>Courtroom A |
| Defendants. | |

Plaintiff's co-counsel Paul Arons requests that he be allowed to appear by telephone at the hearing on plaintiff's Motion to Compel Further Discovery and Motion for Sanctions, currently set for September 22, 2006. Paul Arons is plaintiff's counsel most familiar with the facts related to the motion and best able to represent plaintiff at the hearing. After this matter was set for hearing, it became necessary for Mr. Arons to

**REQUEST FOR TELEPHONIC APPEARANCE: Page 1**

schedule a deposition in an unrelated action in Orange County, California on September 22, 2006.  Due to the conflicting schedules of the involved attorneys and the witness, and a looming discovery cut-off date, it is impossible to schedule this deposition at any other time.  Mr. Arons' contact number for the telephonic hearing is (360) 298-2334.

    If, for any reason, the Court does not grant this request, plaintiff requests that the hearing be continued to a date mutually convenient for the Court and all counsel.

Dated:  September 11, 2006            LAW OFFICE OF PAUL ARONS

                                     s/Paul Arons
                                       Attorneys for Plaintiff
                                       MIRANDA DEFENBAUGH

    The court hereby grants the request for Paul Arons to appear at the above-mentioned motion telephonically.

**IT IS SO ORDERED.**



_____          Sept. 12, 2006
**HON. JOSEPH C. SPERO**              **Date**

**REQUEST FOR TELEPHONIC APPEARANCE: Page 2**