MURPHY, PEARSON, BRADLEY & FEENEY

A PROFESSIONAL CORPORATION

701 University Avenue
Suite 150
Sacramento, California 95825
Telephone (916) 565-0300
Facsimile (916) 565-1636

88 Kearny Street
10th Floor
San Francisco, California 94108
Telephone (415) 788-1900
Facsimile (415) 393-8087

12400 Wilshire Boulevard
Suite 1100
Los Angeles, California 90025
Telephone (310) 442-8300
Facsimile (310) 442-8380

www.mpbf.com

September 21, 2006

**VIA ELECTRONIC FILING**

The Honorable Spero
Judge of the District Court
Northern District of California
Courtroom A, 15th Floor
San Francisco, CA

Re: Defenbaugh v. JBC & Associates
Action Number: C03-0651 JCS
Our File No.: JBC & ASSOCIATES, IN.110534.2

Dear Judge:

Defendant JBC & Associates, P.C. aka JBC Legal Group, P.C. respectfully requests that Ms. Coleman be given permission to appear telephonically at the hearings on Plaintiff's Motion to Compel and Motion for Sanctions Ms. Coleman has had a family emergency that involved the hospitalization of her daughter, and she feels uncomfortable traveling out of town. Ms. Coleman has consulted with opposing counsel, Mr. Paul Arons, who suggested that she appear telephonically. Indeed, this Court has already given its permission for Mr. Arons to appear telephonically. Ms. Coleman can be reached at 916-283-3930 for telephonic appearance. Please let me know as soon as possible, if Ms. Coleman's request to appear telephonically has been approved.

Thank you in advance for addressing this late request.

Very truly yours,

Felicia D. Wilson
Assistant to June D. Coleman

FDW.10340300.doc

Dated: Sept. 21, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

*Celebrating 25 Years of Distinguished Service*