UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA DEFENBAUGH,<br><br>Plaintiff(s),<br><br>v.<br><br>JBC & ASSOCIATES, P.C., ET AL.,<br><br>Defendant(s). | Case No.  C03-0651 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO COMPEL FURTHER POST-JUDGMENT DISCOVERY [Docket No. 97] AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS [Docket No. 98]** |

On August 9, 2006, Plaintiff filed a Motion to Compel Further Post-Judgment Discovery (the "Motion to Compel") and on August 11, 2006, Plaintiff filed a Motion for Sanctions.

On September 22, 2006, the Motion to Compel and Motion for Sanctions came on for hearing.  Paul Arons, counsel for Plaintiff, appeared.  June Coleman, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that the Motion to Compel is DENIED as to the individual Defendant and GRANTED as to the entity Defendant, except as follows:  Interrogatory No. 6 is limited to the identity of any entity or person who owed money to the entity Defendant since October 1, 2001.  Production of the documents shall be under a standard protective order and not as an  "Attorneys' Eyes Only".  The parties shall submit a proposed form of Protective Order to the Court.   The production of documents and responses to interrogatories as required by this Order shall be completed by **October 6, 2006,** except as to Interrogatory No. 6, the supplementation of which shall be completed by **October 20, 2006.**

IT IS HEREBY FURTHER ORDERED that the Motion for Sanctions is DENIED.

IT IS HEREBY FURTHER ORDERED that before filing any future discovery motions, lead trial counsel for Plaintiff and lead trial counsel for Defendant shall meet and confer, **in person**.  Any

1 side may demand a meeting on ten (10) days' notice.  The location of the meet-and-confer session
2 shall alternate with the first meeting location to be at the office to be chosen by Plaintiff and the
3 second meeting location to be at the office to be chosen by Defendant.  At the conclusion of the
4 meet-and-confer session, the parties shall submit a Joint Letter Brief to the Court with a detailed
5 summary of the remaining issues, each side's substantive position, and each side's proposed
6 compromise on the issues.  Upon receipt of the Joint Letter Brief the Court will determine what
7 future proceedings are necessary.

8     IT IS SO ORDERED.

10 Dated: September 26, 2006

11     JOSEPH C. SPERO
United States Magistrate Judge