1  Gregory A. Bastian – 089024
   William A. Munoz - 191649
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:   (916) 565-0300
4  Facsimile:    (916) 565-1636

5  Attorneys for Defendants
   JBC LEGAL GROUP AND JACK BOYAJIAN
6

7
                  UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11

12 | MIRANDA DEFENBAUGH, an Individual, On behalf of herself and of others similarly situated, and all others similarly situated,   Case No.: C03-0651 JCS
13 |
14 |     Plaintiff,                          **SUBSTITUTION OF ATTORNEY**
15 | v.
16 | JBC & ASSOCIATES, P.C., a Corporation, JACK BOYAJIAN, an Individual, DOES 1 through 20,
17 |
18 |     Defendants.

- 1 -
SUBSTITUTION OF ATTORNEY

1  Defendant JACK BOYAJIAN hereby substitutes Mark E. Ellis of the Law Offices of ELLIS,
2  COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East,
3  Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record
4  in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY
5  LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;
6  Facsimile: (916) 565-1636.

7  I consent to this substitution.

8  Dated:

9  _____
   JACK BOYAJIAN
10  Defendant

11
    I consent to this substitution.
12
    Dated:
13
                                    ELLIS, COLEMAN, POIRIER, LA VOIE &
14                                  STEINHEIMER

15
                                    _____
16                                  MARK E. ELLIS
                                    New Attorney for Defendant
17                                  JACK BOYAJIAN

18
    I consent to this substitution.
19
    Dated: 11/13/06
20
                                    MURPHY, PEARSON, BRADLEY & FEENEY
21
                                    _____
22                                  WILLIAM A. MUNOZ
                                    Former Attorneys for Defendant
23                                  JACK BOYAJIAN
24
25  FDW.10340694.doc
26  Dated: November 14, 2006         IT IS SO ORDERED
                                     Judge Joseph C. Spero
27
28
                                    - 2 -
                          SUBSTITUTION OF ATTORNEY