1  Gregory A. Bastian – 089024
   William A. Munoz - 191649
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone: (916) 565-0300
4  Facsimile: (916) 565-1636

5  Attorneys for Defendants
   JBC LEGAL GROUP AND JACK BOYAJIAN
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | MIRANDA DEFENBAUGH, an Individual, On behalf of herself and of others similarly situated, and all others similarly situated, | Case No.: C03-0651 JCS |
   | --- | --- |
   | Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
   | v. | |
   | JBC & ASSOCIATES, P.C., a Corporation, JACK BOYAJIAN, an Individual, DOES 1 through 20, | |
   | Defendants. | |

- 1 -

SUBSTITUTION OF ATTORNEY

1  Defendant JBC LEGAL GROUP hereby substitutes Mark E. Ellis of the Law Offices of
2  ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East,
3  Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record
4  in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY
5  LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;
6  Facsimile: (916) 565-1636.

I consent to this substitution.

Dated:

JBC LEGAL GROUP
Defendant

I consent to this substitution.

Dated:

ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

MARK E. ELLIS
New Attorney for Defendant
JBC LEGAL GROUP

I consent to this substitution.

Dated: 11/13/06

MURPHY, PEARSON, BRADLEY & FEENEY

WILLIAM A. MUNOZ
Former Attorneys for Defendant
JBC LEGAL GROUP

FDW.10340694.doc

Dated: November 14, 2006

IT IS SO ORDERED
Judge Joseph C. Spero

- 2 -
SUBSTITUTION OF ATTORNEY